Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Carole Wolke
Debtor

                                                   Case No.: 07–13242–DHS
                                                   Chapter 7

Dennis Buttimore as Executor for the Estate of Helen C.
Buttimore
Plaintiff

v.

Carole Wolke
Defendant

Adv. Proc. No. 07–01756–DHS                      Judge: Donald H. Steckroth

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on February 13, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 17 – 11
Opinion (related document:[11] Motion For Summary Judgment RE: for entry of an Order granting summary judgment in favor of Plaintiff, Dennis Buttimore as Executor for the Estate of Helen C. Buttimore and against Defendant, Carole Wolke filed by Plaintiff Dennis Buttimore as Executor for the Estate of Helen C. Buttimore). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 2/13/2008 (zlh, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 13, 2008
JJW: zlh

                                                                             James J. Waldron
                                                                             Clerk