| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Attorneys for Dennis Buttimore<br>as Executor for the Estate of Helen C. Buttimore<br>William L. Waldman (WLW-1452) | |
| In Re:<br><br>CAROLE WOLKE,<br><br>                Debtor. | Chapter 7<br><br>Case No.: 07-13242 (DHS) |
| DENNIS BUTTIMORE AS EXECUTOR FOR<br>THE ESTATE OF HELEN C. BUTTIMORE,<br><br>                Plaintiff,<br>vs.<br><br>CAROLE WOLKE,<br><br>                Defendant. | Adv. Pro. No.: 07-1756 |

*Amended* **ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF, DENNIS BUTTIMORE AS EXECUTOR FOR THE ESTATE OF HELEN C. BUTTIMORE, AND AGAINST DEFENDANT, CAROLE ANN WOLKE**

The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

April 28, 2008

**(Page 2)**

Debtor:       CAROLE WOLKE
Case No.:     07-13242 (DHS)
Adv. Pro. No.: 07-1756 (DHS)
Caption:      **ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF, DENNIS BUTTIMORE AS EXECUTOR FOR THE ESTATE OF HELEN C. BUTTIMORE, AND AGAINST DEFENDANT, CAROLE ANN WOLKE**

THIS MATTER being opened to the Court upon the motion for summary judgment filed by Forman Holt Eliades & Ravin, LLC, attorneys for Plaintiff, on notice to Santo J. Bonnano, Esq., as attorney for the Defendant, Carole Wolke, and the Court having considered the moving papers and opposing papers and for good cause having been shown, *and for reasons set forth in Opinion dated Feb 13, 2008*

**IT IS HEREBY**:

**ORDERED** that the Plaintiff's Motion for Summary Judgment be and the same is hereby granted; and it is further

**ORDERED** that Judgment be and the same is hereby entered in favor of Plaintiff, Dennis Buttimore as Executor for the Estate of Helen C. Buttimore, and against Defendant, Carole Ann Wolke in the sum of $400,000, plus interest at the Federal Post Judgment Rate and costs, which Judgment shall be deemed non-dischargeable in any future bankruptcy filing.