# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Carole Wolke
Debtor

Dennis Buttimore as Executor for the Estate of Helen C. Buttimore
Plaintiff

v.

Carole Wolke
Defendant

Case No.: 07−13242−DHS
Chapter 7

Adv. Proc. No. 07−01756−DHS                              Judge: Donald H. Steckroth

---

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 29, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 11
Amended Order Summary Judgment in Favor of Plaintiff, Dennis Buttimore as Executor for the Estate of Helen C. Buttimore, and Against Defendant,Carole Ann Wolke. (related document:[11] Motion For Summary Judgment RE: for entry of an Order granting summary judgment in favor of Plaintiff, Dennis Buttimore as Executor for the Estate of Helen C. Buttimore and against Defendant, Carole Wolke. filed by Plaintiff Dennis Buttimore as Executor for the Estate of Helen C. Buttimore).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 4/29/2008 (zlh, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 29, 2008
JJW: zlh

James J. Waldron
Clerk